IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD OTTO HANSEN,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF SUPERIOR, et al.,<br><br>Defendants. | 8:20CV63<br><br>**ORDER** |

    IT IS ORDERED that Plaintiff's motion for extension of time (Filing 10) is granted. Plaintiff shall have an additional 60 days, until November 20, 2020, to file an amended complaint in accordance with the court's Memorandum and Order of August 21, 2020 (Filing 9).

    Dated this 22nd day of September, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge
