IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD OTTO HANSEN,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF SUPERIOR, et al.,<br><br>Defendants. | 8:20CV63<br><br>**ORDER** |

    IT IS ORDERED that Plaintiff's second motion for extension of time (Filing 12) is granted. Plaintiff shall have an additional 60 days, **until January 19, 2021**, to file an amended complaint in accordance with the court's Memorandum and Order of August 21, 2020 (Filing 9).

    Dated this 20th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge
