IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD OTTO HANSEN,<br><br>              Plaintiff,<br><br>vs.<br><br>THE CITY OF SUPERIOR, et al.,<br><br>              Defendants. | 8:20CV63<br><br><br>**MEMORANDUM<br>AND ORDER** |

On November 20, 2020, the court ordered Plaintiff to file an amended complaint by January 19, 2021, or face dismissal of this action. (Filing 12.)[1] To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 20th day of January, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

[1] The court's initial order requiring Plaintiff to file an amended complaint was entered 5 months ago, on August 21, 2020 (Filing 9), but Plaintiff requested and was granted two 60-day extensions of time. See Filings 11, 12.